1  JS-6

2

3

4

5

6

7

8

9  **THE UNITED STATES DISTRICT COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

12  LAURA QUINTANILLA, an
   individual,                        Case No. CV14-03760-SJO (Ex)

13                                     Hon. S. James Otero

14              Plaintiff,

15        vs.                          **[PROPOSED]** ORDER

16  ADECCO USA, INC., and DOES 1
   through 50, inclusive

17

18              Defendants.

19

20

21

22

23

24

25

26

27

28

Having read LAURA QUINTANILLA and Defendant ADECCO USA, INC. (collectively "the Parties"), Stipulation for Dismissal With Prejudice, and good cause appearing, it is hereby **ORDERED**:

1. Plaintiff's entire complaint against Defendant ADECCO USA, INC., as captioned above, including all causes of action alleged therein, is hereby dismissed with prejudice; and

2. All parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 12, 2015

_____
The Honorable S. James Otero
Judge of the United States District Court for
the Central District of California

[PROPOSED] ORDER